UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60064-CR-ROSENBAUM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARC SEAVER PAGE,

        Defendant.
_____/

## ORDER

This matter is before the Court on Defendant Marc Seaver Page's *pro se* Verified Demand for a Bill of Particulars [D.E. 36] and Notice of Motion and Motion to Dismiss [D.E. 37]. Defendant is represented by counsel in this matter, so the Court will not entertain his *pro se* filings. *See Gore v. Crosby*, 2006 WL 4847609, *32 (M.D. Fla. Jan. 31, 2006) (citing *McMeans v. Brigano*, 228 F.3d 674, 684 (6th Cir. 2000); *Tarter v. Hury*, 646 F.2d 1010, 1014 (5th Cir. June 1, 1981)[1]). Accordingly, Defendant's *pro se* Verified Demand for a Bill of Particulars [D.E. 36] and Notice of Motion and Motion to Dismiss [D.E. 37] are hereby **DENIED** without prejudice. Should Defendant's counsel deem such filings to be appropriate, consistent with his duties as counsel for Defendant, counsel for

---

[1] Pursuant to *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981), opinions of the Fifth Circuit issued prior to October 1, 1981, are binding precedent in the Eleventh Circuit.

Defendant may file them.

      **DONE and ORDERED** at Fort Lauderdale, Florida, this 19th day of July 2012.

                                                              _____
                                                              ROBIN S. ROSENBAUM
                                                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record